1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP HAWLEY, | CASE NO. C14-1716 MJP |
| Plaintiff, | ORDER ON MOTIONS |
| v. | |
| SNOQUALMIE CITY OF, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motion to Amend Complaint (Dkt. Nos. 25, 26), Plaintiff's Motion to Compel (Dkt. No. 27), and Plaintiff's Motion to Modify Protective Order and for Sanctions (Dkt. No. 28).  Having considered the Parties' briefing and the related record, the Court GRANTS Plaintiff's Motion to Amend and DENIES Plaintiff's Motion to Compel and Motion to Modify Protective Order.

Plaintiff's motion to amend his complaint to include a claim for conversion against the Snoqualmie Police Department is GRANTED.  Although Plaintiff would likely be able to recover for all damages stemming from his false imprisonment if he is successful on that claim—including the resulting loss of his clothing—Defendants are not prejudiced by the amendment

ORDER ON MOTIONS- 1

because the Snoqualmie Police Department is in control of, and has always been in control of, the information regarding Plaintiff's clothing.

Plaintiff's motion to compel information about the Snoqualmie Police Department's arrest history involving unserved no-contact orders is DENIED. Defendants are unable to produce the information Plaintiff seeks because their computer system does not provide a mechanism to search for the data requested. (Dkt. No. 30.) Hand reviewing the Department's available documents or informally polling the Department's current officers would not yield accurate, reliable information responsive to Plaintiff's inquiries.

Plaintiff's motion to modify protective order is DENIED. The Court has already determined that Officer Stonebraker's past marital history is not relevant to this action. Plaintiff has acquired the information he sought about Officer Stonebraker's current marriage, and Defendants have not objected. No further personal information is relevant, and there is no need to modify the protective order at this time. Plaintiff's request for sanctions is DENIED.

## Conclusion

The Court GRANTS Plaintiff's Motion to Amend (Dkt. Nos. 25, 26) and ORDERS Plaintiff to file an amended complaint within ten (10) days of the date of this order. Plaintiff's Motion to Compel (Dkt. No. 27) and Motion to Modify Protective Order (Dkt. No. 28) are DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 11th day of August, 2015.

Marsha J. Pechman
Chief United States District Judge